Certificate Number: 17082-PAE-DE-029306195

Bankruptcy Case Number: 17-13574



17082-PAE-DE-029306195

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 26, 2017, at 10:05 o'clock AM MST, TARA B RIZZOLINO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 24, 2017      By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director