United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13574-ref
Tara Beth Rizzolino                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: May 22, 2017
                              Form ID: 210U          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
```
jdb            #+Tara Beth Rizzolino,    4 Hawthorne Ct,    Easton, PA 18045-1928
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13921990        +American Express,    P.O. Box 8218,    Mason, OH 45040-8218
13921991         Apogee Physicians of Pennsylvania,    PO Box 708610,    Sandy, UT 84070-8610
13922023         BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
13921992        +Bank of America,    National Enterprise Systems,    2479 Edison Blvd.,    Unit A,
                  Twinsburg, OH 44087-2476
13922018        +Bank of America, N.A.,    c/o Joshua I. Goldman, Esq.,    701 Market Street, Ste 5000,
                  Philadelphia, PA 19106-1541
13921994        +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13922024        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13922025        +Bank of America, NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13921996        +Bon Ton,    PO Box 30253,    Salt Lake City, UT 84130-0253
13921998         Chase,    Nationwide Credit Inc,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
13921997         Chase,    Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley,
                  Lehigh Valley, PA 18002-6314
13921999         Coventry Cardiololgy Associates,    1000 Coventry Drive,    Phillipsburg, NJ 08865-1980
13922000         Embassy Bank,    P.O. Box 20405,    Lehigh Valley, PA 18002-0405
13922003        +HCBC/ Boscov's,    PO Box 5253,    Carol Stream, IL 60197-5253
13922026        +Lynn E. Feldman, Esquire,    Feldman Law Offices, PC,    221 N. Cedar Crest Blvd.,
                  Allentown, PA 18104-4603
13922020        +M & T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13922007        +MRS,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13922008         MRS Associates,    1920 Olney Ave.,    Cherry Hill, NJ 08003
13922006        +Macy's,    PO Box 8218,    Mason, OH 45040-8218
13922009         North Star Location Services,    4285 Genesee St,    Buffalo, NY 14225-1943
13922012         PNC,    P. O. Box 6534,    Carol Stream, IL 60197-6534
13922022        +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13922010         Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                  Harrisburg, PA 17128-1041
13922013         Portfolio Recovery,    129 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
13922014        +Slate from Chase,    PO Box 15019,    Wilmington, DE 19850-5019
13922015        +St. Luke's University Hospital,    Berk's Credit Collection,    P.O. Box 329,
                  Temple, PA 19560-0329
13922016        +St. Luke's Warren Physician Group,    19 Main Street,    Asbury Park, NJ 07712-7012
13922017        +Torres Credit Service,    27 Fairview Street,    Suite 301,    Carlisle, PA 17015-3200
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com May 23 2017 01:37:52      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 23 2017 01:37:53      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13921995        +E-mail/Text: banko@berkscredit.com May 23 2017 01:37:41      Berk's Credit Collection,
                  900 Corporate Drive,    Reading, PA 19605-3340
13922019        +E-mail/Text: bankruptcy@cavps.com May 23 2017 01:37:53      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13922001        +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 01:29:19      GE Capital/ American Eagle,
                  PO Box 965005,    Orlando, FL 32896-5005
13922002        +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 01:29:39      GE Money Bank/ GAP,
                  PO Box 965005,    Orlando, FL 32896-5005
13922004        +E-mail/Text: bankruptcy@fult.com May 23 2017 01:38:04      Lafayette Ambassador Bank,
                  PO Box 25091,    Lehigh Valley, PA 18002-5091
13922005         E-mail/Text: camanagement@mtb.com May 23 2017 01:37:42      M&T Bank,    PO Box 900,
                  Millsboro, DE 19966
13922021         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 01:37:49
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg PA 17128-0946
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13921989         ACB Receiables Management
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
13921993*       +Bank of America,    National Enterprise Systems,    2479 Edison Blvd.,,    Unit A,
                  Twinsburg, OH 44087-2476
13922011*        Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                  Harrisburg, PA 17128-1041
                                                                                   TOTALS: 1, * 3, ## 0
```

```
District/off: 0313-4          User: dlv              Page 2 of 2                   Date Rcvd: May 22, 2017
                              Form ID: 210U          Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        LYNN E. FELDMAN    on behalf of Joint Debtor Tara Beth Rizzolino feldmanfiling@rcn.com
        ROBERT   GLAZER    on behalf of Debtor Sammy Anthony Rizzolino usbcglazer@gmail.com
        ROBERT   GLAZER    on behalf of Joint Debtor Tara Beth Rizzolino usbcglazer@gmail.com
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

___

In Re: Tara Beth Rizzolino                                              Case No: 17−13574−ref

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 5/22/17

For The Court

Timothy B. McGrath
Clerk of Court

32
Form 210U