United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tara Beth Rizzolino  
    Debtor

Case No. 17-13574-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4　　User: Cathleen　　Page 1 of 2　　Date Rcvd: May 24, 2017  
　　　　　　　　　　　Form ID: 309A　　Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2017.
```
db              #+Tara Beth Rizzolino,    4 Hawthorne Ct,    Easton, PA 18045-1928
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                   Allentown, PA 18101-1603
smg               City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13921990         +American Express,    P.O. Box 8218,    Mason, OH 45040-8218
13921991          Apogee Physicians of Pennsylvania,    PO Box 708610,    Sandy, UT 84070-8610
13921992         +Bank of America,    National Enterprise Systems,    2479 Edison Blvd.,    Unit A,
                   Twinsburg, OH 44087-2476
13922024         +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13922018         +Bank of America, N.A.,    c/o Joshua I. Goldman, Esq.,    701 Market Street, Ste 5000,
                   Philadelphia, PA 19106-1541
13922025         +Bank of America, NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13921998          Chase,    Nationwide Credit Inc,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
13921997          Chase,    Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley,
                   Lehigh Valley, PA 18002-6314
13921999          Coventry Cardiololgy Associates,    1000 Coventry Drive,    Phillipsburg, NJ 08865-1980
13922000          Embassy Bank,    P.O. Box 20405,    Lehigh Valley, PA 18002-0405
13922003         +HCBC/ Boscov’s,    PO Box 5253,    Carol Stream, IL 60197-5253
13922020         +M & T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13922007         +MRS,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13922008          MRS Associates,    1920 Olney Ave.,    Cherry Hill, NJ 08003
13922009          North Star Location Services,    4285 Genesee St,    Buffalo, NY 14225-1943
13922012          PNC,    P. O. Box 6534,    Carol Stream, IL 60197-6534
13922022         +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13922010          Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                   Harrisburg, PA 17128-1041
13922013          Portfolio Recovery,    129 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
13922014         +Slate from Chase,    PO Box 15019,    Wilmington, DE 19850-5019
13922015         +St. Luke’s University Hospital,    Berk’s Credit Collection,    P.O. Box 329,
                   Temple, PA 19560-0329
13922016         +St. Luke’s Warren Physician Group,    19 Main Street,    Asbury Park, NJ 07712-7012
13922017         +Torres Credit Service,    27 Fairview Street,    Suite 301,    Carlisle, PA 17015-3200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              +EDI: QLEFELDMAN.COM May 25 2017 01:13:00      LYNN E. FELDMAN,    Feldman Law Offices,
                   221 N. Cedar Crest Boulevard,    Allentown, PA 18104-4603
aty               E-mail/Text: usbcglazer@gmail.com May 25 2017 01:13:16      ROBERT GLAZER,    McLaughlin & Glazer,
                   800 Walnut Street,    Easton, PA  18042
tr               +EDI: QDAEISENBERG.COM May 25 2017 01:13:00      DAVID ALAN EISENBERG,
                   David A. Eisenberg, Esquire,    4167 Winchester Road,    Allentown, PA 18104-1951
smg              +E-mail/Text: robertsl2@dnb.com May 25 2017 01:13:52      Dun & Bradstreet, INC,
                   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2017 01:13:56      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust              +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 25 2017 01:13:48      United States Trustee,
                   Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13922023          EDI: BANKAMER.COM May 25 2017 01:08:00      BANK OF AMERICA, N.A.,    Bank of America,
                   PO Box 31785,    Tampa, FL 33631-3785
13921994         +EDI: BANKAMER.COM May 25 2017 01:08:00      Bank of America, N.A.,    7105 Corporate Drive,
                   Plano, TX 75024-4100
13921995         +E-mail/Text: banko@berkscredit.com May 25 2017 01:13:28      Berk’s Credit Collection,
                   900 Corporate Drive,    Reading, PA 19605-3340
13921996         +EDI: HFC.COM May 25 2017 01:08:00      Bon Ton,    PO Box 30253,    Salt Lake City, UT 84130-0253
13922019         +E-mail/Text: bankruptcy@cavps.com May 25 2017 01:13:54      Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13922001         +EDI: RMSC.COM May 25 2017 01:08:00      GE Capital/ American Eagle,    PO Box 965005,
                   Orlando, FL 32896-5005
13922002         +EDI: RMSC.COM May 25 2017 01:08:00      GE Money Bank/ GAP,    PO Box 965005,
                   Orlando, FL 32896-5005
13922004         +E-mail/Text: bankruptcy@fult.com May 25 2017 01:14:33      Lafayette Ambassador Bank,
                   PO Box 25091,    Lehigh Valley, PA 18002-5091
13922005          E-mail/Text: camanagement@mtb.com May 25 2017 01:13:29      M&T Bank,    PO Box 900,
                   Millsboro, DE 19966
13922006         +EDI: TSYS2.COM May 25 2017 01:08:00      Macy’s,    PO Box 8218,    Mason, OH 45040-8218
13922021          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2017 01:13:39
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg PA 17128-0946
                                                                                               TOTAL: 17
```

```
District/off: 0313-4          User: Cathleen              Page 2 of 2                   Date Rcvd: May 24, 2017
                              Form ID: 309A               Total Noticed: 45
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13921989         ACB Receiables Management
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA   17128-0946
13921993*       +Bank of America,   National Enterprise Systems,    2479 Edison Blvd.,,   Unit A,
                   Twinsburg, OH 44087-2476
13922011*        Pennsylvania Department of Revenue,   Bureau of Collections & Taxpayer Service,   PO Box 281041,
                   Harrisburg, PA 17128-1041
                                                                                             TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
```
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Tara Beth Rizzolino feldmanfiling@rcn.com
              ROBERT   GLAZER    on behalf of Debtor Tara Beth Rizzolino usbcglazer@gmail.com
              THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 7
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Tara Beth Rizzolino** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–1057** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter  **13**     **7/25/16** |
| Case number: | **17–13574–ref** | Date case converted to chapter  **7**     **5/22/17** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Tara Beth Rizzolino | |
| 2. | **All other names used in the last 8 years** | aka Tara Beth Petrasek | |
| 3. | **Address** | 4 Hawthorne Ct <br> Easton, PA 18045 | |
| 4. | **Debtor's attorney** <br> Name and address | ROBERT GLAZER <br> McLaughlin & Glazer <br> 800 Walnut Street <br> Easton, PA 18042 | Contact phone (610) 258–5609 <br> Email: usbcglazer@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | DAVID ALAN EISENBERG <br> David A. Eisenberg, Esquire <br> 4167 Winchester Road <br> Allentown, PA 18104 | Contact phone (610) 437–1410 <br> Email: trustee@eisenbergpc.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (610)2085040<br><br>Date: 5/24/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 13, 2017 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/11/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |