**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   TARA BETH RIZZOLINO       :        CHAPTER 7
                                                      :
                                                     :
              Debtor               :        BKY NO. 17-13574-REF

## **PRAECIPE**

**TO THE CLERK OF THE BANKRUPTCY COURT**:

Kindly change the Debtor's address to the following:

                    Tara Beth Rizzolino
                    2704 Victoria Lane
                    Easton, PA 18045

Date:   July 14, 2017          By:   */s/ Lynn E. Feldman, Esquire*
                                                              Lynn E. Feldman, Esquire
                                                              Attorney for Debtor
                                                              Attorney ID No.35996
                                                              221 N. Cedar Crest Blvd.
                                                              Allentown, PA 18104
                                                              Phone: (610) 530-9285