United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-13574-ref
Tara Beth Rizzolino                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Oct 10, 2017
                              Form ID: 318            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
```
db            +Tara Beth Rizzolino,    2704 Victoria Lane,    Easton, PA 18045-5272
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13921990      +American Express,    P.O. Box 8218,    Mason, OH 45040-8218
13921991       Apogee Physicians of Pennsylvania,    PO Box 708610,    Sandy, UT 84070-8610
13921992      +Bank of America,    National Enterprise Systems,    2479 Edison Blvd.,    Unit A,
                Twinsburg, OH 44087-2476
13922024      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13922018      +Bank of America, N.A.,    c/o Joshua I. Goldman, Esq.,    701 Market Street, Ste 5000,
                Philadelphia, PA 19106-1541
13922025      +Bank of America, NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13921998       Chase,    Nationwide Credit Inc,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
13921997       Chase,    Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley,
                Lehigh Valley, PA 18002-6314
13921999       Coventry Cardiololgy Associates,    1000 Coventry Drive,    Phillipsburg, NJ 08865-1980
13922000       Embassy Bank,    P.O. Box 20405,    Lehigh Valley, PA 18002-0405
13922003      +HCBC/ Boscov's,    PO Box 5253,    Carol Stream, IL 60197-5253
13922020      +M & T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13922007      +MRS,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13922008       MRS Associates,    1920 Olney Ave.,    Cherry Hill, NJ 08003
13922009       North Star Location Services,    4285 Genesee St,    Buffalo, NY 14225-1943
13922012       PNC,    P. O. Box 6534,    Carol Stream, IL 60197-6534
13922022      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13922010       Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                Harrisburg, PA 17128-1041
13922013       Portfolio Recovery,    129 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
13922014      +Slate from Chase,    PO Box 15019,    Wilmington, DE 19850-5019
13922015      +St. Luke's University Hospital,    Berk's Credit Collection,    P.O. Box 329,
                Temple, PA 19560-0329
13922016      +St. Luke's Warren Physician Group,    19 Main Street,    Asbury Park, NJ 07712-7012
13922017      +Torres Credit Service,    27 Fairview Street,    Suite 301,    Carlisle, PA 17015-3200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QDAEISENBERG.COM Oct 11 2017 01:58:00      DAVID ALAN EISENBERG,
                David A. Eisenberg, Esquire,    4167 Winchester Road,    Allentown, PA 18104-1951
smg           +E-mail/Text: robertsl2@dnb.com Oct 11 2017 01:58:18      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2017 01:58:22      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13922023       EDI: BANKAMER.COM Oct 11 2017 01:58:00      BANK OF AMERICA, N.A.,    Bank of America,
                PO Box 31785,    Tampa, FL 33631-3785
13921994      +EDI: BANKAMER.COM Oct 11 2017 01:58:00      Bank of America, N.A.,    7105 Corporate Drive,
                Plano, TX 75024-4100
13921995      +E-mail/Text: banko@berkscredit.com Oct 11 2017 01:57:51      Berk's Credit Collection,
                900 Corporate Drive,    Reading, PA 19605-3340
13921996      +EDI: HFC.COM Oct 11 2017 01:58:00      Bon Ton,    PO Box 30253,    Salt Lake City, UT 84130-0253
13922019      +E-mail/Text: bankruptcy@cavps.com Oct 11 2017 01:58:19      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13922001      +EDI: RMSC.COM Oct 11 2017 01:58:00      GE Capital/ American Eagle,    PO Box 965005,
                Orlando, FL 32896-5005
13922002      +EDI: RMSC.COM Oct 11 2017 01:58:00      GE Money Bank/ GAP,    PO Box 965005,
                Orlando, FL 32896-5005
13922004      +E-mail/Text: bankruptcy@fult.com Oct 11 2017 01:58:47      Lafayette Ambassador Bank,
                PO Box 25091,    Lehigh Valley, PA 18002-5091
13922005       E-mail/Text: camanagement@mtb.com Oct 11 2017 01:57:52      M&T Bank,    PO Box 900,
                Millsboro, DE 19966
13922006      +EDI: TSYS2.COM Oct 11 2017 01:58:00      Macy's,    PO Box 8218,    Mason, OH 45040-8218
13922021       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2017 01:58:04
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13921989       ACB Receiables Management
```

```
District/off: 0313-4            User: Lisa                  Page 2 of 2                   Date Rcvd: Oct 10, 2017
                                Form ID: 318                Total Noticed: 42
smg*              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                    Harrisburg, PA  17128-0946
13921993*        +Bank of America,   National Enterprise Systems,    2479 Edison Blvd.,,   Unit A,
                    Twinsburg, OH 44087-2476
13936089*         Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                    Harrisburg PA 17128-0946
13922011*         Pennsylvania Department of Revenue,   Bureau of Collections & Taxpayer Service,   PO Box 281041,
                    Harrisburg, PA 17128-1041
                                                                                               TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                               Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Tara Beth Rizzolino feldmanfiling@rcn.com
              ROBERT   GLAZER    on behalf of Debtor Tara Beth Rizzolino usbcglazer@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tara Beth Rizzolino** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−1057** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **17−13574−ref** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tara Beth Rizzolino
aka Tara Beth Petrasek

10/10/17

**By the court:** <u>Richard E. Fehling</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**